*E-Filed 8/24/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COATEK, INC., | No. 5:09-CV-3514 RS |
| Plaintiff, | |
| v. | **ORDER SETTING CONSENT/DECLINATION DEADLINE** |
| ITEQ CORPORATION and DOES 1-20, inclusive, | |
| Defendants. | |

Defendant ITEQ Corporation has filed a motion to dismiss, docket [13] in the above-captioned matter. This motion is noticed for hearing on September 16, 2009, at 9:30 a.m.

In accordance with Civil Local Rule 73-1, all parties who have not already done so are directed to file their consents or declinations to magistrate judge jurisdiction no later than **September 4, 2009**.

IT IS SO ORDERED.

Dated:   8/24/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09-CV-3514 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE