**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**September 9, 2009**

**CASE NUMBER:  CV 09-03514 RS**
**CASE TITLE:  COATEK, INC.-v-ITRQ CORPORATION**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date:   9/9/9

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:         9/9/9

| | | | |
|---|---|---|---|
| Copies to: Courtroom Deputies | 9/9/9 | Special Projects | |
| Log Book Noted | 9/9/9 | Entered in Computer | 9/9/9 |

CASE SYSTEMS ADMINISTRATOR: 9/9/9

| | | | |
|---|---|---|---|
| Copies to:  All Counsel | 9/9/9 | Transferor CSA | Bjw |