MICHAEL A. SANDS (CSB NO. 178788)
msands@fenwick.com
MICHELLE CAI (CSB NO. 238838)
mcai@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

FEI-FEI CHAO, Ph.D., *pro hac vice*
feifeichao@andrewskurth.com
THOMAS R. KLINE, *pro hac vice*
thomaskline@andrewskurth.com
ANDREWS KURTH LLP
1350 I Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

Attorneys for Defendant
ITEQ CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| COATEK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ITEQ CORPORATION AND DOES 1 THROUGH 20, INCLUSIVE, <br><br> Defendant. | Case No. C 09-03514 RS <br><br> **DECLARATION OF KIM CHANG IN SUPPORT OF DEFENDANT ITEQ CORPORATION'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(5)** <br><br> Date: September 16, 2009 <br> Time: 9:30 a.m. <br> Courtrm: 4, 5th Floor <br> Judge: Mag. Judge Seeborg |

I, Kim Chang, hereby declare as follows:

1. My name is Kim Chang. I am employed in ITEQ Corporation's ("ITEQ") Law Department, which is located at 22, Kung Yeh 1st Rd., Pin Chem Industrial Zone, Ping Chen, Taoyuan, Taiwan, Republic of China.

2. I am familiar with the facts set forth herein. The information set forth in this Declaration is true to the best of my knowledge and belief. I submit this Declaration in support of ITEQ's motion to dismiss the Complaint filed by Plaintiff Coatek Inc. ("Coatek") pursuant to Fed. R. Civ. P. 12(b)(5).

3. On or about July 2, 2009, ITEQ's administrator Ms. Shu-Ing Yan handed me a U.S. Express Mail envelope, which had been delivered to ITEQ's gate guard Ling-Yuan Chang at ITEQ's principal office in Taoyuan, Taiwan around noon on July 2, 2009.

4. I did not sign a receipt for the U.S. Express Mail envelope. To the best of my knowledge and information, no ITEQ employee signed a receipt for the U.S. Express Mail envelope.

5. The envelope was addressed to Dr. Michael Kao, CEO of ITEQ Corporation, and was marked as being from Gregory J. Charles of Campeau Goodsell Smith of San Jose, CA, USA. Attached hereto as **Exhibit 1** is a photocopy of the address label and the U.S. Express Mail envelope.

6. The U.S. Express Mail envelope contained a Complaint filed by COATEK, Inc. ("COATEK") in the Superior Court of California, County of Santa Clara, a Summons, a Civil Case Cover Sheet, and a Civil Lawsuit Notice.

7. As of the date of this Declaration, ITEQ has not received COATEK's Complaint and Summons by any other method of delivery.

8. ITEQ is a corporation incorporated in Taiwan. It does not have an office in California or anywhere in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2009

_____
Kim Chang

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

WAS:154086.1
- 2 -
CHANG DECLARATION
CASE NO. C 9-03514 RS

# EXHIBIT 1






**EXPRESS MAIL**

PLEASE PRESS FIRMLY

EH 823172252 US

Flat Rate Mailing Envelope

**Mailing Label** — Label 11-B, March 2004

Post Office To Addressee

420 004230000 99 9120

U.S. POSTAGE PAID
SAN JOSE, CA
95113
JUL 02, 09
AMOUNT
$27.95
00062618-18
1000

When used internationally affix customs declarations (PS Form 2976, or 2976A).

PRESS HARD. YOU ARE MAKING 3 COPIES.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 95113
Day of Delivery: [ ] Next [ ] 2nd [ ] 2nd Del. Day
Date Accepted: 7-2-09
Scheduled Date of Delivery: Month __ Day __
Scheduled Time of Delivery: [ ] Noon [ ] 3 PM
Postage: $27.95
Time Accepted: 9:08 [X] AM [ ] PM
Military: [ ] 2nd Day [ ] 3rd Day
Return Receipt Fee: 
Flat Rate [X] or Weight: lbs 4.7 ozs
Int'l Alpha Country Code: TW
COD Fee:
Insurance Fee:
Total Postage & Fees: $27.95
Acceptance Emp. Initials: CW

**FROM:** (PLEASE PRINT) PHONE ( 408 ) 295-0555
Gregory J. Brodes
Crispin Goodsell Smith
440 North First Street, Ste 100
San Jose, CA 95112
USA

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt Mo. Day / Time / Employee Signature
Delivery Date Mo. Day / Time / Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

**NO DELIVERY** [ ] Weekend [ ] Holiday

[ ] WAIVER OF SIGNATURE (Domestic Mail Only)

**TO:** (PLEASE PRINT) PHONE ( )
Dr. Michael Kao
CEO
ITEQ Corporation
72, Kuang Fu 1st Rd
Bing Chen Industrial zone
Taiwan

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

Visit us at usps.com    We Deliver!

EP13F




EXTREMELY URGENT   *Please Rush To Addressee*

Flat Rate
Mailing Envelope
*For Domestic and International Use*

*Visit us at usps.com*