1  GREGORY CHARLES, ESQ., BAR NO. 208583
   CAMPEAU GOODSELL SMITH
2  440 North First Street, Ste. 100
   San Jose, California 95112
3  Telephone: 408.295.9555
   Facsimile: 408.852.0233
4  gcharles@campeaulaw.com

5  Counsel for Coatek, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| COATEK, INC. | Case No. C 09-03514 RS |
|---|---|
| Plaintiff, | DECLARATION OF GREGORY CHARLES, ESQ. IN OPPOSITION TO MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(b)(5) |
| v. | |
| ITEQ CORPORATION AND DOES 1 THROUGH 20, INCLUSIVE, | Hearing |
| Defendants. | Date: September 16, 2009<br>Time: 9:30 a.m.<br>Place: 208 South 1st Street.<br>San Jose, California 95113<br>Courtroom 4, 5th Floor |

I, Gregory J. Charles, declare and say:

1. I am an attorney at law duly licensed to practice before this court and all of the courts of the State of California. I am a partner in the law firm of Campeau Goodsell Smith which is counsel for Coatek, Inc., plaintiff in these proceedings. This declaration is made on my personal knowledge. If called as a witness, I would and could competently testify as follows.

2. Counsel for Coatek appeared at the office of the Clerk of Court on August 18, 2009 and presented the complaint and summons to the deputy clerk. Thereafter, Counsel requested that the deputy clerk serve the summons and complaint on ITEQ via United States Express Mail, return receipt requested, and Federal Express. Thereafter, the deputy clerk actually served the complaint and summons via these

1 methods. I attach hereto as Exhibit 1 copies of the receipts from the postal service and
2 Federal Express.
3     3.     The summons and complaint sent via the United States Postal service
4 were delivered on August 21, 2009. Further, the defendant received the summons and
5 complaint via Federal Express on the same day. I attach hereto as Exhibit 2 and 3
6 confirmation of delivery of the service of summons that I personally obtained.
7     I declare under penalty of perjury under the laws of the United States of
8 America that the foregoing is true and correct.
9     Executed this 26th day of August, 2009 at San Jose, California.

                                          /s/ Gregory J. Charles

CAMPEAU GOODSELL SMITH
A Law Corporation
San Jose, California

**Exhibit 1**

Case 5:09-cv-03554-JRS Document 274 Filed 08/26/09 Page 3 of 10

# FedEx International Air Waybill

**FedEx Tracking Number:** 8005 2173 0841
**Form I.D. No.:** 0400

## 1 From (please print and press hard)
- **Date:** 08/18/09
- **Sender's FedEx Account Number:** 1185-2622-8
- **Sender's Name:** Clerks Office District
- **Phone:** 408-295-9555
- **Company:** United States District Ct.
- **Address:** 280 S. 1st St., RM 2112
- **City:** San Jose
- **State/Province:** CA
- **Country:** U.S.A
- **ZIP/Postal Code:** 95113

## 2 Your Internal Billing Reference Information

## 3 To (please print and press hard)
- **Recipient's Name:** Dr. Michael KAO
- **Phone:** 886-3-4192345
- **Company:** ITEQ Corporation
- **Address:** 22 Kung Yen 1st Rd
- **Address:** Ping Chen Industrial Zone
- **City:** Ping Chen
- **State/Province:** Taoyuan
- **Country:** TAIWAN

## 4 Shipment Information

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| | | | |

## 5 Broker Selection
[X] FedEx International Broker Select

## 6 Service
[X] FedEx International Priority

## 7 Packaging
[X] FedEx Letter

## 8 Special Handling
[X] No (dangerous goods)

## 9 Payment
[X] Sender
FedEx Account No.: 1185-2622-8

**DUTIES AND TAXES PAID BY:**
[X] Sender
FedEx Account No.: 1185-2622-8

## 10 Required Signature
**Date Executed:** 8/18/09

**FedEx Tracking Number:** 8005 2173 0841
**Form I.D. No.:** 0400

For Assistance Call 1-800-247-4747

FedEx International Air Waybill

EXPRESS MAIL

EH 837894152 US

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 95172
Day Accepted: 26
Mo/Day/Year: 8/09
Time Accepted: 2:22 PM
Flat Rate / Weight: 
Scheduled Date of Delivery: NO DATE
Scheduled Time of Delivery: NOON
Military: 
Int'l Alpha Country Code:
Postage: $21.95
Return Receipt Fee:
COD Fee:
Insurance Fee:
Total Postage & Fees: $21.95
Acceptance Emp. Initials: PM

FROM: (PLEASE PRINT) PHONE (408) 295-9555

United States District Ct.
c/o Jose Avison
Clerks Office
280 S 1st St Rm 2112
San Jose CA 95113

TO: (PLEASE PRINT) PHONE ( )

Dr. Michael K
22 Kong Yen 1st R
Ping Chen Industrial
Ping Chen, Taoy

**Exhibit 2**



Home | Help | Sign In

**Track & Confirm**  **FAQs**

## Track & Confirm

### Search Results

Label/Receipt Number: **EH83 7389 152U S**
Class: **Express Mail International®**
Service(s): **Return Receipt**
Status: **Delivered Abroad**

Your item was delivered in TAIWAN at 4:29 PM on August 21, 2009.

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

Detailed Results:
- **Delivered Abroad, August 21, 2009, 4:29 pm, TAIWAN**
- **Attempted Delivery Abroad, August 21, 2009, 2:37 pm, TAIWAN**
- **Out of Foreign Customs, August 21, 2009, 9:18 am, TAIWAN**
- **Arrived Abroad, August 21, 2009, 8:30 am, TAIWAN**
- **International Dispatch, August 18, 2009, 11:05 pm, ISC SAN FRANCISCO (USPS)**
- **Arrival**
- **Processed through Sort Facility, August 18, 2009, 5:56 pm, SAN JOSE, CA 95101**
- **Processed through Sort Facility, August 18, 2009, 4:17 pm, SAN JOSE, CA 95172**
- **Acceptance, August 18, 2009, 3:23 pm, SAN JOSE, CA 95112**

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. 

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. 

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**Exhibit 3**

# FedEx

Español | Customer Support | FedEx Locations    Search [ ] Go

**Package/Envelope**   Freight   Expedited   Office/Print Services

Ship ▸   Track ▸   Manage ▸   Business Solutions ▸

## Detailed Results

Printable Version   Help

Enter tracking number [ ]  Track

| Detailed Results | Notifications |

Tracking no.: 800521730841                                E-mail notifications

**Delivered**

Initiated — Picked up — In transit — **Delivered**

**Delivered**
Signed for by: R.CHANG

**Shipment Dates**
Ship date:  Aug 18, 2009
Delivery date:  Aug 21, 2009 1:54 PM

**Destination**
PING CHENG TW
Proof of Delivery

### Shipment Facts    Help

| Service type | Priority Envelope | Delivered to | Guard/Security Station |
| Weight | 0.5 lbs/0.2 kg | | |

### Shipment Travel History    Help

Select time zone: [Select ▾]                Select time format: **12H** | **24H**

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Aug 21, 2009 1:54 PM | **Delivered** | PING CHENG TW | |
| Aug 21, 2009 9:52 AM | On FedEx vehicle for delivery | TAOYUAN CITY TW | |
| Aug 21, 2009 9:37 AM | At local FedEx facility | TAOYUAN CITY TW | |
| Aug 21, 2009 12:27 AM | In transit | TA YUAN HSIANG TW | |
| Aug 20, 2009 8:58 PM | Int'l shipment release | TA YUAN HSIANG TW | |
| Aug 20, 2009 8:58 PM | In transit | TA YUAN HSIANG TW | Package available for clearance |
| Aug 19, 2009 10:18 AM | Departed FedEx location | ANCHORAGE, AK | |
| Aug 19, 2009 1:44 AM | Departed FedEx location | OAKLAND, CA | |
| Aug 18, 2009 11:05 PM | Arrived at FedEx location | OAKLAND, CA | |
| Aug 18, 2009 10:20 PM | Left FedEx origin facility | SAN JOSE, CA | |
| Aug 18, 2009 4:39 PM | Picked up | SAN JOSE, CA | |



Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2009 FedEx