MICHAEL A. SANDS (CSB NO. 178788)
msands@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

THOMAS R. KLINE, *pro hac vice*
thomaskline@andrewskurth.com
ANDREWS KURTH LLP
1350 I Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

Attorneys for Defendant
ITEQ CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COATEK, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ITEQ CORPORATION,<br><br>　　　　　Defendant. | Case No. 09-03514 JW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CLOSE OF DISCOVERY** |

WAS:165181.2
STIP. & [PROPOSED] ORDER RE CONTINUING
CLOSE OF DISCOVERY

C 09-03514 JW (PVT)

1   WHEREAS, the Scheduling Order (Dkt. No. 27) in this action set the close of discovery on
2   December 6, 2010;

3   WHEREAS, due to ongoing settlement discussions between the parties Defendant ITEQ
4   Corporation ("ITEQ") renoticed the Rule 30(b)(6) deposition of Plaintiff Coatek, Inc. ("Coatek")
5   – originally noticed for November 19, 2010 – for December 17, 2010;

6   WHEREAS, pursuant to Civil L.R. 6-2, Defendant has filed a concurrent, supporting
7   declaration with this Stipulation and Proposed Order;

8   THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that the Court
9   ORDER that the close of discovery be continued to December 23, 2010.

Dated: December 7, 2010                FENWICK & WEST LLP

                                       By:         /s/
                                          Michael A. Sands (CSB No. 178788)

                                       ANDREWS KURTH LLP
                                          Thomas R. Kline

                                       Attorneys for ITEQ Corporation


                                       CAMPEAU GOODSELL SMITH

                                       By:         /s/
                                          Gregory Charles (CSB No. 208583)

                                       Attorney for Coatek, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: December  10 , 2010             _____
                                       The Honorable James Ware
                                       United States District Judge

WAS:165181.2
STIP. & [PROPOSED] ORDER RE CONTINUING        -2-           C 09-03514 JW (PVT)
CLOSE OF DISCOVERY

## ATTORNEY ATTESTATION

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: December 7, 2010                          FENWICK & WEST LLP

                                                 By:         /s/
                                                    Michael A. Sands (CSB No. 178788)

                                                 Attorneys for ITEQ Corporation

WAS:165181.2
STIP. & [PROPOSED] ORDER RE CONTINUING          -3-                C 09-03514 JW (PVT)
CLOSE OF DISCOVERY