| | |
|---|---|
| MICHAEL A. SANDS (CSB NO. 178788) | GREGORY CHARLES (CSB NO. 208583) |
| msands@fenwick.com | gcharles@campeaulaw.com |
| FENWICK & WEST LLP | CAMPEAU GOODSELL SMITH |
| Silicon Valley Center | 440 North 1st Street, Suite 100 |
| 801 California Street | San Jose, California 95112 |
| Mountain View, CA 94041 | Telephone: (408) 295-9555 |
| Telephone: (650) 988-8500 | Facsimile: (408) 852-0233 |
| Facsimile: (650) 938-5200 | |

Attorney for Plaintiff COATEK, INC.

THOMAS R. KLINE, *pro hac vice*
thomaskline@andrewskurth.com
ANDREWS KURTH LLP
1350 I Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

Attorneys for Defendant
ITEQ CORPORATION

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware
12/29/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COATEK, INC., | Case No. 09-03514 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AMEND DEADLINES SET FORTH IN PRELIMINARY PRETRIAL CONFERENCE SCHEDULING ORDER** |
| v. | |
| ITEQ CORPORATION, | |
| Defendant. | |

The parties jointly submit this Stipulation and [Proposed] Order to Amend Deadlines Set Forth in the Preliminary Pretrial Conference Scheduling Order to assist the Court in conforming the pretrial and trial schedule to recent developments in discovery.

1      On November 1, 2010, the Court, pursuant to the parties' joint submission, issued a Preliminary Pretrial Conference Scheduling Order [Dkt No. 51] ("Order") setting certain deadlines for pretrial and trial in this action. After that Order issued, ITEQ filed a Motion to Compel discovery from Coatek [Dkt No. 52]. Magistrate Judge Grewal granted ITEQ's Motion on December 15, 2010 as unopposed, and ordered Coatek to produce documents and answer ITEQ's interrogatories no later than January 7, 2011 [Dkt No. 59].

Neither party will be prejudiced by this extension of the schedule, nor will the schedule become unreasonably protracted. Only one claim remains to be resolved, on which ITEQ intends to seek resolution by summary judgment after Coatek completes its discovery. On March 3, 2010, the Court granted, in part, ITEQ's Motion to Dismiss Coatek's First Amended Complaint [Dkt No. 30], dismissing Coatek's First, Second and Third Causes of Action with prejudice [Dkt No. 35]. On October 20, 2010, the Court granted, in part, ITEQ's Motion for Summary Judgment on its Counterclaims [Dkt Nos. 37; 46]. As a result of the Court's prior orders on ITEQ's Motions, the sole remaining claim in the case is Coatek's Fourth Cause of Action against ITEQ for Breach of Contract. ITEQ plans to move for summary judgment on Coatek's last claim, which if granted would obviate the need for trial. Coatek may also move for summary judgment. Accordingly, the parties propose adding to the schedule a deadline for filing dispositive motions and a hearing date on any such motion.

Finally, as the parties informed the Court in its December 10 Stipulation to continue the close of discovery [Dkt No. 58], they remain hopeful that their settlement discussions may end the case.

As a result of the January 7, 2011 deadline for Coatek's discovery, ITEQ's intent to seek summary judgment on the single remaining claim if settlement discussions fail to resolve the case, and the parties' ongoing settlement discussions, scheduling adjustments are required to the Order. THEREFORE, the parties ask that the Court ORDER that the "Trial Schedule" section of the November 1, 2010 Preliminary Pretrial Conference Scheduling Order [Dkt No. 51] be replaced in its entirety, and read as follows:

WAS:165764.4
STIPULATION & [PROPOSED] ORDER RE         2                                C 09-03514 JW
AMENDING SCHEDULING ORDER

## **TRIAL SCHEDULE**

| | |
|---|---|
| Deadline for Filing Dispositive Motions | January 21, 2011 |
| Hearing on Dispositive Motions | February 28, 2011 at 9 a.m. |
| Final Pretrial Conference at 11 a.m. (¶ 4) *(~ 14 days before Jury Selection)* | April 25, 2011 |
| Joint Pretrial Conference Statement, In Limine Motions, and Proposed Jury Instructions Due *(~30 days before Final Pretrial Conference)* Once the in limine binders are lodged with the Court (¶3(b)), the Court will determine whether a hearing is necessary for the motions in advance of the Final Pretrial Conference and set the hearing accordingly. | March 28, 2011 |
| Jury Selection | May 10, 2011 at 9 a.m. |
| Jury Trial Date and Sessions[1] Session 1 Session 2 Argue & Submit Jury Deliberations | May 10, 2011 at 1 p.m. - 4 p.m. May 11, 2011 at 1 p.m. - 4 p.m. May 12, 2011 at 1 p.m. May 13, 2011 and May 16-19, 2011, as needed |

Pursuant to Civil L.R. 6-2, Defendant ITEQ has filed a concurrent, supporting declaration with this Stipulation.

The parties request that if it would be helpful, the Court schedule a telephonic conference to discuss the proposed new schedule.

/ / /

---

[1] Jury trials are held in afternoon sessions from 1:00pm to 4:00pm, Tuesdays through Fridays unless the Court otherwise specifies. At the Final Pretrial Conference, the Court reserves the right to fold the afternoon sessions into morning sessions (9:00 a.m. - 12:00 p.m.) thus creating full days for trial. The final trial schedule will be confirmed at the Final Pretrial Conference.

**SO STIPULATED:**

Dated: December 22, 2010                    FENWICK & WEST LLP

                                            By:   /s/ Michael A. Sands
                                                  Michael A. Sands (CSB NO. 178788)

                                            ANDREWS KURTH LLP
                                                  Thomas R. Kline

                                            Attorneys for ITEQ Corporation


                                            By:   /s/ Gregory Charles
                                                  Gregory Charles (CSB No. 208583)

                                            Attorney for Coatek, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 29, 2010                    _____
                                            The Honorable James Ware
                                            United States District Court Judge


### ATTORNEY ATTESTATION

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

                                                  /s/ Michael A. Sands
                                                  Michael A. Sands

WAS:165764.4
STIPULATION & [PROPOSED] ORDER RE            4                           C 09-03514 JW
AMENDING SCHEDULING ORDER